MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br><br>JAVIER HERNANDEZ VALENCIA AKA JAVIER HERNANDEZ, JAVIER HERNANDES, JOSE HERNANDES, JOSE MALDONADO HERNANDEZ, JOSE MALDONADO HERNANDES, AND JOSE HERNANDEZ MALDONADO,<br><br>               Defendant. | CASE NO. 5:25-MJ-00034-CDB<br><br>MOTION AND ORDER TO UNSEAL CASE |

      The United States of America moves to request that the Court unseal this case. Defendant is currently in state custody and will be transferred to make an appearance on an indictment for the same offense as in this case. The indictment, returned today, is unsealed but court staff have informed the United States that they are unable to access the indictment until the unsealing of this case. This case should therefore be unsealed so that court staff may gain access to the indictment so as to prepare for Defendant's appearance and advisement of the charge against him.

Dated: June 12, 2025

Very truly yours,
MICHELE BECKWITH
Acting United States Attorney


*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

1

MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER HERNANDEZ VALENCIA AKA JAVIER HERNANDEZ, JAVIER HERNANDES, JOSE HERNANDES, JOSE MALDONADO HERNANDEZ, JOSE MALDONADO HERNANDES, AND JOSE HERNANDEZ MALDONADO,<br><br>Defendant. | CASE NO. 5:25-MJ-00034-CDB<br><br>**ORDER TO UNSEAL CASE** |

Good cause appearing due to the the pending appearance of Defendant Javier Hernandez Valenciain a state court case for the same underlying offense as in this case, it is HEREBY ORDERED that this case be UNSEALED.

IT IS SO ORDERED.

Dated: __June 12, 2025__           _____
                                    UNITED STATES MAGISTRATE JUDGE

2